CT Corporation

**Service of Process Transmittal**
12/07/2017
CT Log Number 532429246

**TO:** John Sterling
Darling Ingredients Inc.
251 O Connor Ridge Blvd Ste 300
Irving, TX 75038-6510

**RE:** **Process Served in Illinois**

**FOR:** Darling Ingredients Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALEJANDRO MORALES, PLTF. vs. DARLING INGREDIENTS, INC., ETC., DFT. |
| **DOCUMENT(S) SERVED:** | SUMMONS(S), COMPLAINT, AFFIDAVIT |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL
Case # 2017L012306 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/07/2017 at 09:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS, NOT COUNTING THE DAY OF SERVICE |
| **ATTORNEY(S) / SENDER(S):** | MICHAEL A. HUME
CARY J. WINTHROUB & ASSOCIATES
10 SOUTH LASALLE STREET
SUITE 2424
CHICAGO, IL 60603
312-726-1021 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/07/2017, Expected Purge Date: 12/12/2017

Image SOP

Email Notification, John Sterling  jsterling@darlingii.com

Email Notification, Suzie Timmerman  stimmerman@darlingii.com |
| **SIGNED:**
**ADDRESS:**


**TELEPHONE:** | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
312-345-4336 |

Page 1 of 1 / SC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ALEJANDRO MORALES

v.

DARLING INGREDIENTS, INC.

No. 2017-L-012306

Defendant Address:
DARLING INGREDIENTS, INC.
R/A CT CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 44667
Name: CARY J WINTROUB & ASSOCIATES
Atty. for: ALEJANDRO MORALES
Address: 10 S LASALLE 2424
City/State/Zip Code: CHICAGO, IL 60603
Telephone: (312) 726-1021
Primary Email Address: mah@cjw-law.com
Secondary Email Address(es):
docs@cjw-law.com

Witness: Friday, 01 December 2017
/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service:
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

```
*0260874*
```

DIE DATE
12/25/2017

DOC.TYPE: LAW
CASE NUMBER: 17L012306
DEFENDANT
DARLING INGREDIENTS, INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
RM 801 R/A (
SYSTEM

ATTACHED

Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ALEJANDRO MORALES

v.

DARLING INGREDIENTS, INC.

No. 2017-L-012306

Defendant Address:
DARLING INGREDIENTS, INC.
R/A CT CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 44667
Name: CARY J WINTROUB & ASSOCIATES
Atty. for: ALEJANDRO MORALES
Address: 10 S LASALLE 2424
City/State/Zip Code: CHICAGO, IL 60603
Telephone: (312) 726-1021
Primary Email Address: mah@cjw-law.com
Secondary Email Address(es):
docs@cjw-law.com

Witness: Friday, 01 December 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

DIE DATE
12/25/2017

DOC TYPE: LAW
CASE NUMBER: 17L012306
DEFENDANT
DARLING INGREDIENTS, INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
RM 801 R/A C
SYSTEM

ATTACHED

# Law DIVISION
## Litigant List

Printed on 12/01/2017

Case Number: 2017-L-012306                                                      Page 1 of 1

### Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| ALEJANDRO MORALES | | | | |

Total Plaintiffs: 1

### Defendants

| Defendant Name | Defendant Address | State | | Unit # | Service By |
|---|---|---|---|---|---|
| DARLING INGREDIENTS, INC. | 208 S. LASALLE ST., SUITE 814 CHICAGO, | IL | 60604 | | Sheriff-Clerk |

Total Defendants: 1

ELECTRONICALLY FILED
12/1/2017 4:10 PM
2017-L-012306
CALENDAR: Z
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ALEJANDRO MORALES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: ) |
| DARLING INGREDIENTS, INC. d/b/a DAR PRO SOLUTIONS | ) ) ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, ALEJANDRO MORALES, by and through his attorneys, CARY J. WINTROUB & ASSOCIATES, and complaining of the Defendant, DARLING INGREDIENTS, INC., d/b/a DAR PRO SOLUTIONS, states as follows:

1. That on or about December 28, 2015, and for some time prior and subsequent thereto, the Defendant, DARLING INGREDIENTS, INC., d/b/a DAR PRO SOLUTIONS (hereinafter "DARLING"), was a Delaware corporation which transacted business in the State of Illinois and County of Cook, engaging in the business of, among other things, collecting used cooking oil and providing grease trap services to the restaurant industry.

2. That on or about December 28, 2015, and for some time prior and subsequent thereto, Defendant, DARLING, as part of its business, collected used cooking oil and provided grease trap services to various restaurants, and specifically to a restaurant known as P.F. Chang's, located at 1819 Lake Cook Road, in the City of Northbrook, County of Cook, State of Illinois.

3. That on December 28, 2015, and for some time prior and subsequent thereto, the Plaintiff, ALEJANDRO MORALES, was an employee of P.F. Chang's, located at 1819 Lake Cook Road, in the City of Northbrook, County of Cook, State of Illinois.

1

ELECTRONICALLY FILED
12/1/2017 4:10 PM
2017-L-012306
PAGE 2 of 4

4. That on or about December 28, 2015, DARLING by and through its agents and/or employees, was present at the aforementioned P.F. Chang's, located at 1819 Lake Cook Road, in the City of Northbrook, County of Cook, State of Illinois, to collect used cooking oil and provide grease trap services as part of its business.

5. That on December 28, 2015, and for some time prior and subsequent thereto, the Plaintiff, ALEJANDRO MORALES, was legally and lawfully present on the premises of P.F. Chang's, located at 1819 Lake Cook Road, in the City of Northbrook, County of Cook, State of Illinois, as an employee of P.F. Chang's.

6. That on or about December 28, 2015, DARLING by and through its agents and/or employees, had a duty to exercise reasonable care and caution for the safety of others, including the Plaintiff, in the performance of its used oil collection and grease trap services provided at P.F. Chang's.

7. That on or about December 28, 2015, DARLING, by and through its agents and/or employees, carelessly and negligently breached its above referenced duty in one or more of the following ways:

a) improperly opened the grease trap door on the floor of the premises, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

b) failed to provide, erect and/or place any warnings, barricades, signs, etc. alerting persons on the premises of the presence of the opened grease trap door on the floor, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

c) caused and permitted a grease trap door upon the aforementioned premises to become, and remain, open although no one was present to ensure the safety of persons in and about the area, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

d) failed to provide adequate and appropriate lighting although the grease trap door was open on the floor of the premises, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

2

ELECTRONICALLY FILED
12/1/2017 4:10 PM
2017-L-012306
PAGE 3 of 4

e) failed to properly train its agents and/or employees in the proper and safe procedures for performing used cooking oil collection and/or grease trap services, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

f) failed to properly supervise its agents and/or employees in the proper and safe procedures for performing used cooking oil collection and/or grease trap services, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

g) failed to take any precautionary measures in the performance of its services to ensure the safety of persons in and about the area, although it knew or should have known that said conduct was likely to cause injury to persons upon the premises, specifically the Plaintiff, ALEJANDRO MORALES;

h) otherwise careless and negligently performed said oil collection and grease trap services such that Plaintiff, ALEJANDRO MORALES, was injured.

8. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions on the part of the Defendant, DARLING, the Plaintiff, ALEJANDRO MORALES was injured and suffered, and will, in the future, suffer injuries of a personal, permanent and pecuniary nature.

WHEREFORE, the Plaintiff, ALEJANDRO MORALES, prays for the entry of judgment against the Defendant, DARLING INGREDIENTS, INC. d/b/a DAR PRO SOLUTIONS, in an amount in excess of FIFTY THOUSAND AND 00/100TH ($0,000.00) DOLLARS, plus costs of this suit.

CARY J. WINTROUB & ASSOCIATES

By: _____
Michael A. Hume

I.D. # 44667
CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 South LaSalle Street, Suite 2424
Chicago, Illinois 60603
312-726-1021

3

## AFFIDAVIT OF DAMAGES

### SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the plaintiff in the above entitled cause of action seeking money damages, and states that this cause of action **DOES** exceed $50,000.00.

CARY J. WINTROUB & ASSOCIATES

BY: _____

Attorneys for Plaintiff

ELECTRONICALLY FILED
12/1/2017 4:10 PM
2017-L-012306
PAGE 4 of 4

Subscribed and Sworn to before me.

Date: 12-1-17

Notary Public

OFFICIAL SEAL
REYNA RAMOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/17/20

CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 South LaSalle Street
Suite 2424
Chicago, Illinois 60603
312-726-1021

4